## (September 25, 1961)

RENEE CANNER et al., Respondents, v. ARGO SCHILDKNECHT LUMBER Co. et al., Appellants.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

(A) ANTHONY CIRUZZO, Appellant, v. FRED BAUER, Respondent. (B) In the Matter of SALVATORE BELLAVIA, Appellant, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, v. JERRY REALE et al., Appellants, et al., Defendants.— Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

EDWARD T. CROWE, as Executor of NORA G. HAGGERTY, Deceased, Appellant, v. FLORA SCHULMAN, as Executrix of HARRY LE ROY SCHULMAN, Deceased, Respondent.— Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

(A) ETHEL GAINEY et al., Respondents, v. PARAY REALTY CORP., Appellant, et al., Defendant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. (B) In the Matter of BERNARD GAISER, Appellant, v. CHARLES R. THOM, as Commissioner of the Suffolk County Police Department, et al., Respondents.— Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

GULEST ASSOCIATES, INC., Respondent, v. TOWN OF NEWBURGH et al., Appellants.— Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of GERALD CHIARIELLO, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Nolan, P. J., Ughetta, Christ and Brennan, JJ., concur; Pette, J., dissents and votes to grant the motion and to remit the proceeding to a Referee for hearing de novo on the ground that under all the circumstances the extreme penalty of disbarment is not justified and that in the interests of justice a new hearing should be had.